[No. 9877–0–III.   Division Three.   April 3, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MARC J. HAKE, *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 88–1–00187–1, Michael E. Cooper, J., entered February 13, 1989. *Reversed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 9545–2–III.   Division Three.   April 3, 1990.]

TIM SHARP, ET AL, *Appellants,* v. THE CITY OF RICHLAND, *Respondent.*

Appeal from a judgment of the Superior Court for Benton County, No. 86–2–00482–1, Robert S. Day, J., entered August 29, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 22982–6–I.   Division One.   April 9, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. MIZELL STEPHEN HOPPER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 88–1–03291–9, Michael J. Fox, J., entered September 23, 1988. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield and Baker, JJ.